**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| ROBERT L. VAZZO, LMFT, individually and on behalf of his patients, and DAVID H. PICKUP, LMFT, individually and on behalf of his patients, | |
| Plaintiffs, | |
| v. | |
| CITY OF TAMPA, FLORIDA, | No. 8:17-cv-02896-CEH-AAS |
| Defendant, | |
| v. | |
| EQUALITY FLORIDA, | |
| Intervenor-Defendant (Motion Pending) | |

## PROPOSED INTERVENOR-DEFENDANT EQUALITY FLORIDA'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS