**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROBERT L. VAZZO and**
**DAVID H. PICKUP,**

    **Plaintiffs,**

v.                                                     Case No.: 8:17-cv-2896-T-36AAS

**CITY OF TAMPA,**

    **Defendant,**

_____/

**ORDER**

The parties and Equality Florida request a hearing before the undersigned to argue the merits of the plaintiffs' motion for preliminary injunction, the defendant's motion to dismiss, and Equality Florida's submissions. (Docs. 3, 22, 32, 33, 58). The undersigned held a telephonic hearing to discuss scheduling the hearing. (Doc. 58).

Upon consideration, it is **ORDERED** that**:**

1.     Equality Florida's Motion to Request Oral Hearing on Motion to Dismiss (Doc. 33) is **GRANTED**; and

2.     oral argument[1] on the motion for preliminary injunction (Doc. 3) and motions to

---

[1] During the telephonic hearing on April 2, 2018, the parties and Equality Florida stated no additional evidence will be submitted (Doc. 58); therefore, the hearing will consist of oral argument only.

dismiss (Docs. 22, 32) will be held before the undersigned on **June 7, 2018[2], at 9:00 a.m.**, in Courtroom 10B[3] of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602.

**ORDERED** in Tampa, Florida on this 2nd day of April, 2018.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[2] The undersigned provided the parties and Equality Florida dates in April to have the hearing. However, the parties and Equality Florida indicated that June 7th is the soonest date that works for everyone.

[3] Specific courtroom subject to change based on courtroom availability.

2