UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT L. VAZZO and DAVID H. PICKUP,

    Plaintiffs,

v.      Case No: 8:17-cv-2896-T-36AAS

CITY OF TAMPA, FLORIDA,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on March 15, 2018 (Doc. 52). In the Report and Recommendation, Magistrate Judge Sansone recommends that Equality Florida's Motion to Intervene as Party Defendant be denied and Equality Florida, instead, be permitted to appear as amicus curiae. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 52) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Equality Florida's Motion to Intervene as Party Defendant (Doc. 30) is **DENIED.**

(3)  Equality Florida is permitted to appear as amicus curiae.

**DONE AND ORDERED** at Tampa, Florida on April 4, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record