**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROBERT L. VAZZO,**
**DAVID H. PICKUP, SOLI DEO**
**GLORIA INTERNATIONAL, INC.**
**d/b/a NEW HEARTS OUTREACH**
**TAMPA BAY**

    **Plaintiffs,**
v.	                     **Case No. 8:17-cv-2896-T-36AAS**

**CITY OF TAMPA and**
**SAL RUGGIERO,**

    **Defendants,**

_____/

## ORDER

The City of Tampa (City) and Sal Ruggiero move for an extension of time to respond to discovery requests from the plaintiffs. (Doc. 106). The undersigned held a hearing on the City and Ruggiero's motion on September 5th. (Doc. 118). At that hearing, the undersigned narrowed search terms, date ranges, custodians, and devices the City had to search to determine the scope of materials responsive to the plaintiffs' discovery requests. The undersigned entered an order that detailed the scope of the City's search and took under advisement the City and Ruggiero's motion for extension of time pending the City determining the number of "hits" of electronic documents each proposed date range returned. (Doc. 119).

At today's telephonic hearing, the City provided the number of "hits" that

1

resulted from the searches required under the court's September 6th order. The undersigned then consulted with the parties' counsel to determine the most feasible way to conduct discovery relevant to the plaintiffs' motion for preliminary injunction. For the reasons stated at the hearing, the City and Ruggiero's motion for extension of time (Doc. 106) is **GRANTED-IN-PART** and **DENIED-IN-PART** as follows:

1. The City must produce responsive documents and a privilege log itemizing each document withheld on the basis of a privilege or other protection by **October 1, 2018**. The custodians, devices, and search terms from the court's September 6th order governs the scope of documents the City must produce from the City's server. The date range of the documents the City must produce is October 1, 2016, to December 15, 2017. These same parameters govern: any other electronic documents (word documents, excel spreadsheets, etc.) maintained on the City's computers by the custodians identified in the September 6th order; and hard copy documents maintained by the custodians identified in the September 6th order.

2. The City must produce written responses to the plaintiffs' requests for admission, interrogatories, and requests for production by **October 8, 2018**.

3. To provide the parties sufficient time to review documents the City will produce and to address any other discovery necessary prior to the

preliminary injunction hearing, the hearing on the plaintiffs' second motion for preliminary injunction (Doc. 85) and the City's and Ruggiero's motions to dismiss (Docs. 84, 91) is rescheduled to **November 15, 2018 at 9:00 a.m.**

4. The parties must submit a joint notice by **November 1, 2018**, advising the court whether the hearing will be evidentiary or non-evidentiary. If the hearing is evidentiary, the parties must exchange their witness and exhibit lists by **November 8, 2018.**

**ORDERED** in Tampa, Florida on September 13, 2018.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

3