UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO.   8:17-cv-2896-T-26AAS                    DATE    November 15, 2018

TITLE        Robert L. Vazzo, et al. v. City of Tampa, et al.

TIME          9:14 - 4:32                                      TOTAL        7 hr 18 min.

Honorable  AMANDA ARNOLD SANSONE             Deputy Clerk     Cathy Morgan

Court Reporter/Tape  Lynanne Nicely                 Courtroom          10B

| Attorney for Plaintiff | Attorney for Defendant: | Defendant(s): |
|---|---|---|
| Horatio Mihet, Esq. | Robert Williams, Esq. | City of Tampa |
| Roger Gannam, Esq. | Sylvia Walbolt, Esq. | Equality Florida Inst. |
| | Brian Porter, Esq. | Equality Florida Inst. |
| | Tyler Clemons, Esq. | Equality Florida Inst. |

**PROCEEDINGS:**

**<u>PRELIMNARY INJUNCTION HEARING</u>**

Court hears argument on Plaintiff's Motion for Preliminary Injunction (Dkt. 3).  Parties have until December 3, 2018 to file supplemental briefs, not to exceed 10 pages.  Court will issue a written order.