UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT L VAZZO, LMFT, individually
and on behalf of his patients,
DAVID H. PICKUP, LMFT, individually
and on behalf of his patients,
SOLI DEO GLORIA INTERNATIONAL,
INC. d/b/a New Hearts Outreach Tampa
Bay, individually and on behalf of its
members, constituents and clients,

    Plaintiffs,

v.                                        CASE NO. 8:17-cv-2896-T-02AAS

CITY OF TAMPA, FLORIDA,

    Defendant.
_____/

**O R D E R**

Before the Court is the Report and Recommendation ("R&R") (Dkt. 148) of Magistrate Judge Sansone on Defendant's Motion to Dismiss (Dkts. 84, 92) the First Amended Verified Complaint (Dkt. 78). The Court has considered Defendant's objections to the R&R (Dkt. 155), and the Plaintiffs' Response (Dkt. 160). The parties appeared at oral argument set on the motion (Dkts. 150, 157) on March 5, 2019.

The Court hereby adopts and affirms the R&R at docket 148.  The motion to dismiss is granted in part as stated at docket 148.  In the interest of judicial economy, the Plaintiffs need not refile a second amended complaint.  The first amended complaint shall stand as delimited and truncated by the R&R (Dkt. 148 at 38-39).  Defendant shall file an answer and defenses to same within fourteen (14) days.

**DONE AND ORDERED** at Tampa, Florida, on March 5, 2019.

s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record