**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERT L. VAZZO, LMFT, individually
and on behalf of his patients,
DAVID H. PICKUP, LMFT, individually
and on behalf of his patients,
SOLI DEO GLORIA INTERNATIONAL,
INC., d/b/a New Hearts Outreach Tampa Bay,
individually and on behalf of its
members, constituents, and clients,

    Plaintiffs,

v.                            CASE NO.  8:17-cv-2896-T-02AAS

CITY OF TAMPA, FLORIDA,

    Defendant.
_____/

## **O R D E R**

Before the Court is Plaintiffs' Partially Unopposed Motion to Alter Expert Disclosure Schedule or to Extend Expert Report Deadlines (Dkt. 166).  After careful consideration of the argument of counsel and the entire file, the Court concludes the motion should be granted as to the extension only but not the order of disclosure.

Accordingly, Plaintiffs' Partially Unopposed Motion to Alter Expert Disclosure Schedule or to Extend Expert Report Deadlines (Dkt. 166) is granted in

part and denied in part.  The case management and scheduling deadlines are amended as follows:

| | |
|---|---|
| Plaintiffs' Expert Disclosure | **May 6, 2019** |
| Defendant's Expert Disclosure | **June 10, 2019** |
| Plaintiff's Rebuttal Expert Disclosure | **June 30, 2019** |
| Discovery Cut-off | **July 8, 2019** |
| Disposition Motion Filing Deadline | **August 5, 2019** |

**DONE AND ORDERED** at Tampa, Florida, on March 26, 2019.

s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record