IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

**ROBERT L. VAZZO, LMFT, etc. et. al.,**

    **Plaintiffs,**

**v.**                                           **CASE NO: 8:17-cv-02896-T-02AAS**

**CITY OF TAMPA, FLORIDA,**

    **Defendant.**

    _____/

**CITY OF TAMPA'S EXHIBIT INDEX FOR MOTION
TO EXCLUDE EXPERT TESTIMONY**

| **Exhibit** | **Title** |
|---|---|
| **1** | **Declaration of Christopher Rosik, Ph.D.** |
| **2** | **Rebuttal Declaration of Christopher Rosik, Ph.D.** |
| **3-A** | **Deposition Transcript of Christopher Rosik, Ph.D. (Pages 1-329)** |
| **3-B** | **Deposition Transcript of Christopher Rosik, Ph.D. (Pages 1-200)** |
| **3-C** | **Deposition Transcript of Christopher Rosik, Ph.S. (Pages 1-99)** |
| **4** | **Declaration of Bernard Hudson, M.D.** |
| **5** | **Deposition Transcript of Bernard Hudson, M.D.** |