UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ROBERT L. VAZZO, LMFT, etc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF TAMPA, FLORIDA, et al., <br><br> Defendants. | Case No. 8:17-cv-2896-T-02AAS |

### PLAINTIFFS' NOTICE OF FILING
### EXPERT DEPOSITION TRANSCRIPTS AND EXHIBITS
### IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Plaintiffs give notice of filing copies of the following documents, attached hereto, in support of Plaintiffs' Motion for Summary Judgment filed contemporaneously herewith:

1. Transcript of Deposition of Judith M. Glassgold, Psy.D, July 25, 2019;

2. Transcript of Deposition of Norman Spack, M.D., August 1, 2019; and

3. Plaintiffs' Deposition Exhibits 28–41.

Respectfully submitted,

/s/ Roger K. Gannam
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Fax: (407) 875-0770
E-mail: rgannam@LC.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this August 26, 2019, I caused a true and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system. Service upon all counsel of record will be effectuated by the Court's electronic notification system.

/s/ Roger K. Gannam
Roger K. Gannam
*Attorney for Plaintiffs*