Scenario one:   A 16-year old biological male identified with femininity and during pre- and early adolescence expressed himself and considered himself female.  He dressed and acted female to the greatest extent possible.

As he nears later puberty and develops fully into a grown male body, he isn't sure any more; he starts to think he might want to align his feelings with his biological body, i.e. male.   He wants to talk to a licensed family counselor about this.

What does the Tampa Ordinance say about this?

Scenario two:   A 17-year old female experienced traditional other-sex sexual attractions while growing up in a religious, traditional home.  A cheerleader at school, she had a boyfriend, went to the prom, etc.

As she enters young womanhood, she starts to feel a change in her sexual attraction, and educates herself on some of the excellent lesbian literature available at the public library.  She now wants help and advice from a female psychologist to change her outlook and become an out-lesbian.

What does the Tampa Ordinance say about this?

Scenario three:   a 17-year old trans woman is unhappy with her gender expression as a woman, and wishes to return to her birth gender: male.  She wants a mental health therapist to help her deal with her planned transition back to male gender and help guide her back to being male.

What does the Tampa Ordinance say about this?