UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ROBERT L. VAZZO, LMFT, etc., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 8:17-cv-2896-T-02AAS |
| v. | ) |
| | ) |
| CITY OF TAMPA, FLORIDA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF
<u>VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF DAVID H. PICKUP, LMFT</u>**

The parties, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., hereby stipulate to the dismissal of all claims, without prejudice, by Plaintiff DAVID H. PICKUP, LMFT, individually and on behalf of his patients.

| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
|---|---|
| /s/ Roger K. Gannam | /s/ Robert V. Williams |
| Mathew D. Staver | Robert V. Williams |
| Horatio G. Mihet | Dana L. Robbins |
| Roger K. Gannam | **BURR & FORMAN LLP** |
| Daniel J. Schmid | 201 N. Franklin Street, Ste. 3200 |
| **LIBERTY COUNSEL** | Tampa, Florida 33602 |
| P.O. Box 540774 | Telephone: (813) 221-2626 |
| Orlando, FL 32854 | Facsimile: (813) 221-7335 |
| Telephone: (407) 875-1776 | E-mail: rwilliams@burr.com |
| Facsimile: (407) 875-0770 |         drobbins@burr.com |
| E-mail: court@LC.org |         pturner@burr.com |
|         hmihet@LC.org | |
|         rgannam@LC.org | |
|         dschmid@LC.org | |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this September 24, 2019, I caused a true and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system. Service upon all counsel of record will be effectuated by the Court's electronic notification system.

/s/ Roger K. Gannam
Roger K. Gannam
*Attorney for Plaintiffs*