## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ROBERT L VAZZO and SOLI DEO
GLORIA INTERNATIONAL, INC.
d/b/a NEW HEARTS OUTREACH
TAMPA BAY,

        Plaintiffs,        CASE NO.: 8:17-cv-2896-T-AAS

v.

CITY OF TAMPA,

        Defendant.
_____/

## NOTICE OF APPEARANCE OF DAVID E. HARVEY, ESQUIRE

PLEASE TAKE NOTICE that DAVID HARVEY, ESQ., of the CITY OF TAMPA, Old City Hall, 315 E. Kennedy Boulevard, 5th Floor, Tampa, FL 33602, files this his Notice of Appearance as counsel and attorney of record for the Defendant, CITY OF TAMPA, a municipal corporation, in the above styled action.

    Primary E-mail Address:  david.harvey@tampagov.net

    Secondary E-mail Address: angela.armstrong@tampagov.net

## CERTIFICATE OF SERVICE

I CERTIFY that on **October 29, 2019** the foregoing was electronically filed with the Clerk

of Court by using the CM/ECF system, which will also send a notice of electronic filing to all counsel of record.

GINA GRIMES,
CITY ATTORNEY, CITY OF TAMPA

*s/ David E. Harvey*

DAVID E. HARVEY, Esquire
Florida Bar No.:  0610046
City Attorney's Office
315 E. Kennedy Blvd., 5th Floor
Tampa, FL  33602
(813) 274-8788
(813) 274-8809 Facsimile
*Assistant City of Tampa Attorney*
David.harvey@tampagov.net  (primary)
angela.armstrong@tampagov.net  (secondary)
Attorneys for Defendant, City of Tampa