UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Robert L. Vazzo, LMFT, et al.,

    Plaintiffs,

v.

City of Tampa, Florida,

    Defendant.

_____/

Case No. 8:17-cv-02896-WFJ-AAS

## NOTICE OF APPEAL

Notice is hereby given that Defendant, CITY OF TAMPA, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Order Granting Plaintiffs' Motion for Summary Judgment, entered on October 4, 2019 (DE 213) and Judgment in a Civil Case entered on October 4, 2019 (DE 215).

DATED this 31st day of October, 2019.

    */s/ Robert V. Williams*
    Robert V. Williams
    Florida Bar No. 144720
    Dana L. Robbins
    Florida Bar No. 0106626
    **BURR & FORMAN LLP**
    201 N. Franklin Street, Ste. 3200
    Tampa, Florida 33602
    Telephone: (813) 221-2626
    Facsimile: (813) 221-7335
    Primary: rwilliams@burr.com
             drobbins@burr.com
    Secondary: pturner@burr.com

    *Attorneys for Defendants, City of Tampa*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of October, 2019, I caused a true and correct copy of the foregoing to be served via electronic mail on counsel for Plaintiff, Horatio G. Mihet (hmihet@lc.org), Roger Gannam (rgannam@lc.org), and Daniel J. Schmid (dscmid@lc.org).

                                               */s/ Robert V. Williams*
                                                    Attorney

42323614 v1