IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-14387

_____

D.C. Docket No. 8:17-cv-02896-WFJ-AAS

ROBERT L. VAZZO,
LMFT, individually and on behalf of his patients,
SOLI DEO GLORIA INTERNATIONAL, INC.,
individually and on behalf of its members, constituents and clients
d.b.a. New Hearts Outreach Tampa Bay,

                                Plaintiffs - Appellees,

versus

CITY OF TAMPA, FLORIDA,

                                Defendant – Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

Before ROSENBAUM, LAGOA, and ED CARNES, Circuit Judges.

ORDER:

Regardless of whatever other issues this matter may raise, this case is ultimately governed by our recent decision in *Otto v. City of Boca Raton*, No. 19-10604, ___ F.3d ___, 2020 WL 6813994 (11th Cir. 2020).  And *Otto* requires us to affirm the district court's decision in this case.  Our prior-precedent rule requires us to follow the precedent of earlier panels unless and until the prior precedent is overruled or undermined to the point of abrogation by the Supreme Court or this Court sitting en banc.  *United States v. Steele*, 147 F.3d 1316, 1318 (11th Cir. 1998) (en banc).  Nevertheless, we note that the mandate has not yet issued in *Otto*.

In light of these circumstances, we now **HOLD THIS MATTER IN ABEYANCE** pending the issuance of the mandate in *Otto* or until further order of this Court, and we **CANCEL ORAL ARGUMENT** that was scheduled for December 15, 2020.

So ordered.