UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ROBERT L. VAZZO, LMFT, etc., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 8:17-cv-2896-T-02AAS ) ) |
| CITY OF TAMPA, FLORIDA, | ) ) |
| Defendant. | ) ) ) |

**JOINT NOTICE OF SETTLEMENT**

The parties respectfully advise the Court that they have reached a settlement agreement that fully resolves this case, including the issue of attorney's fees and costs. The settlement has been formally approved by Defendant City of Tampa's City Council. A written settlement agreement was signed last week by Plaintiff Robert Vazzo, and is expected to be signed this week by the City. That agreement calls for a settlement payment to be made to Plaintiff within 21 days of execution, and, after that payment clears, for the parties to jointly advise the Court that this matter is concluded and the case may be administratively closed. The parties anticipate being able to file that final notice no later than 30 days from today's date.

The parties therefore respectfully request that the Court keep this matter open for another 30 days, to and including May 24, 2023, or until the parties advise the Court that their settlement is consummated, whichever is earlier.

Respectfully Submitted,

| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
|---|---|
| /s/ Horatio G. Mihet | /s/ David E. Harvey |
| Mathew D. Staver | David E. Harvey |
| Horatio G. Mihet | Asst. City Attorney |
| Roger K. Gannam | 315 E. Kennedy Blvd. |
| Daniel J. Schmid | Tampa, FL 33602 |
| **LIBERTY COUNSEL** | Tel.: (813) 274-8792 |
| P.O. Box 540774 | Fax: (813) 274-8994 |
| Orlando, FL 32854 | david.harvey@tampagov.net |
| Telephone: (407) 875-1776 | laytecia.McKinney@tampagov.net |
| Facsimile: (407) 875-0770 | |
| E-mail: court@LC.org | |
|     hmihet@LC.org | |
|     rgannam@LC.org | |
|     dschmid@LC.org | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this April 24, 2023, I caused a true and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system. Service upon all counsel of record will be effectuated by the Court's electronic notification system.

                                          /s/ Horatio G. Mihet
                                          Horatio G. Mihet
                                          *Attorney for Plaintiffs*